

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00778-CV

Comfort **ROBERTS**,
Appellant

v.

**LLOYD DOUGLAS ENTERPRISES INC.**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12260
Honorable Solomon Casseb, III, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  February 12, 2014

DISMISSED AS MOOT

Appellant, who is pro se, appears to be appealing from a temporary restraining order and a subsequent temporary injunction.  However, on December 16, 2013, the trial court signed a Permanent Injunction.  The Permanent Injunction is signed "approved as to form and substance" by the attorneys for all parties, including appellant's attorney.

On January 23, 2014, appellee filed a motion to dismiss on the grounds that the appeal from the temporary restraining order and the temporary injunction is now moot.  In response to a

show cause order from this court, appellant argued a justiciable controversy continues to exist before this court because (1) a review of court records would show an abuse of judicial powers; (2) his constitutional rights were violated; (3) he did not receive a copy of the motion to dismiss; and (4) he did not enter into an agreed permanent injunction nor has he been served with a copy of the permanent injunction.

The issuance of the temporary restraining order and the temporary injunction were rendered moot by the trial court's issuance of the permanent injunction. *See Isuani v. Manske-Sheffield Radiology Group, P.A.*, 802 S.W.2d 235, 236-37 (Tex. 1991) (holding appeals court erred in reaching merits of interlocutory appeal of temporary injunction after trial court entered permanent injunction rendering temporary injunction moot); *Richards v. Mena*, 820 S.W.2d 372, 372 (Tex. 1991) (appeal of temporary injunction rendered moot by rendering of permanent injunction). Because appellant has not shown any basis for continuing this appeal, we grant the motion to dismiss and dismiss this appeal from the temporary restraining order and the temporary injunction as moot, without prejudice to the timely appeal, if any, of the final judgment granting the permanent injunction.

PER CURIAM